UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY RYAN AGNO,

Plaintiff,

v.

PHH MORTGAGE CORPORATION,

Defendant.

No.  2:26-cv-0011 DAD AC PS

ORDER

This case was removed to federal court on January 2, 2026.  ECF No. 1.  On January 9, 2026, defendant moved to dismiss this case.  ECF No. 4.  On January 21, 2026, plaintiff appeared in pro se and filed a motion to e-file (ECF No. 9) and a First Amended Complaint (ECF No. 13).

## I.    Motion to Dismiss

Plaintiff's First Amended Complaint is accepted as the operative complaint pursuant to Fed. R. Civ. P. (a)(1)(B), which allows a party to amend once as a matter of course within 21 days after service of a motion under Rule 12(b).  Accordingly, defendant's motion to dismiss (ECF No. 4) is DENIED as MOOT.  The hearing set for March 4, 2026, is accordingly VACATED.

## II.    Motion to E-File

The court has also reviewed plaintiff's request to participate in electronic filing pursuant to Local Rule 133 (ECF No. 9) and DENIES the motion in part.  Although the Eastern District of

California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing.  L.R. 133(a), (b)(2).

Although the motion is denied with respect to utilizing the CM/ECF system to file documents and plaintiff will continue to file paper documents with the Court through conventional means, the motion (ECF No. 9) is GRANTED with respect to electronic service of documents. The Clerk is DIRECTED to configure plaintiff's account so that plaintiff will receive immediate email notifications when documents are filed in the case.  Plaintiff consents to receive service of documents electronically and waives the right to receive service by first class mail pursuant to FRCP 5(b)(2)(D).

IT IS SO ORDERED.

DATED: January 26, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2